Al Lustgarten, Bar #189503  
Lustgarten Law  
30851 Agoura Rd # 114  
Agoura Hills, Ca 91301  
818-907-5866 (FAX) 818-461-5959  
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT  
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC  )  
　　　　Plaintiff,　　vs.　　　)　Case No.: 2:11-CV-02048-WDK-FMO  
　　　　　　　　　　　　　　　)  
JUVENTINO JIMENEZ, et al,　　)　**RENEWAL OF JUDGMENT BY CLERK**  
　　　　　　　　　　　　　　　)  
　　　　Defendant,　　　　　　)

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Juventino Jimenez, an individual d/b/a El Super Taco, entered on March 12, 2012, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 3,170.00 |
| b. | Costs after judgment | $ 00.00 |
| c. | Subtotal *(add a and b)* | **$ 3,170.00** |
| d. | Credits | $ 0.00 |
| e. | Subtotal *(subtract d from c)* | **$ 3,170.00** |
| f. | Interest after judgment(.18%) | $ 56.47 |
| g. | Fee for filing renewal of application | $ 00.00 |
| h. | Total renewed judgment (add e, f and g) | $ **3,226.47** |

Dated: January 31, 2022　　　　　　　　Deputy Clerk: _Sharon Hall Brown_ (signature)

　　　　　　　　　　　　　　　　　　　　Kiry A. Gray,  
　　　　　　　　　　　　　　　　　　　　Clerk of U.S. District Court